IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREGORY LEON YOUNG, | ) | |
|     Petitioner, | ) | Civil Action No. 7:07-cv-00037 |
| | ) | |
| v. | ) | <u>FINAL ORDER</u> |
| | ) | |
| LORETTA KELLY, | ) | By: Hon. Glen E. Conrad |
|     Respondent. | ) | United States District Court Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Young's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court. Any pending motions are **DENIED as MOOT**.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner.

    **ENTER:** This 20th day of July, 2007.

                                                               /s/ Glen E. Conrad
                                                        United States District Judge